## CHAVEZ *v.* CALIFORNIA.

No. 1113, Misc.   Decided June 17, 1963.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## TRAUB *v.* CONNECTICUT.

No. 1285, Misc.   Decided June 17, 1963.

Petitioner *pro se.*

*John D. LaBelle* and *Harry W. Hultgren, Jr.* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for further consideration in light of *Wong Sun* v. *United States,* 371 U. S. 471, and *Ker* v. *California, ante,* p. 23.